MICHAEL J. PRIMUS   SBN 161,528
500 Alfred Nobel Drive, Suite 135
Hercules, CA  94547

Voice 510-741-1800
Fax     510-741-1804

Attorney for Law Offices of Michael Primus, a law corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Law Offices of Michael J. Primus., a law corporation, Plaintiff,<br><br>v.<br><br>Melanie Leonard, individually, and Streamlined.legal, Inc. and does 1 to 10, Defendants. | Case No. 4:23-cv-03532 DMR<br><br>ORDER APPROVING STIPULATION AND DISMISSING CASE |

The court having reviewed the Stipulation to Dismiss filed in this matter, and good cause appearing, hereby approves the Stipulation to Dismiss and dismisses this case subject to the terms and conditions of said Stipulation to Dismiss.

IT IS SO ORDERED.

Dated: December 28, 2023

_____
DONNA M. RYU
Chief Magistrate Judge

1